COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:    Rita Lemons v. Betty J. Garmond, Mamie Bright, Justin Thomas, and
                        Jaqueline R. Woodard

Appellate case number:  01-15-00570-CV

Trial court case number: 14-DCV-213789

Trial court:            240th District Court of Fort Bend County

Date motion filed:      September 22, 2016

Party filing motion:    Appellant

        It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Terry Jennings
                   Acting for the Court

Panel consists of: Justices Jennings, Keyes, and Brown


Date: October 18, 2016